APPEAL No. 76-121. THE TOWN OF WEST GREENWICH *et al.* *v.* STEPPING STONE ENTERPRISES, INC. *et al.* This case is assigned to the calendar for October, 1977, for oral argument.

The defendants will be expected to *show cause* why their appeal should not be dismissed since the constitutional issues raised by them were fully discussed in *Stepping Stone Enterprises, Ltd.* v. *Andrews,* 531 F.2d 1 (1st Cir. 1976); and the issue of whether equity has power to enjoin the violation of the criminal law was settled in *R.I. Bar Association* v. *Auto Service Association,* 55 R.I. 122, 179 A. 139 (1935). *V. James Santaniello,* Town Solicitor, for plaintiffs. *Aram K. Berberian,* for defendants.

APPEAL No. 76-245. ELIZABETH A. SMITH *v.* HAROLD R. SMITH. The respondent's motion for a stay is denied. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *John D. Lynch,* for respondent.